# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JONATHAN ANTWAN FOSTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 5:13-cv-01509-VEH-SGC |
| ) | |
| KENNETH JONES, Warden, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On August 1, 2016, the magistrate judge entered a report (Doc. 10) recommending this petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be denied on the merits. The report and recommendation provided petitioner fourteen days in which to object. (Doc. 10 at 7-8). Petitioner filed a motion seeking a thirty (30) day extension of time to object, citing his *pro se* status and the difficulty of performing legal research in prison. (Doc. 11). The magistrate judge granted the motion, specifying that objections would be due on September 10, 2016. (Doc. 12). On September 12, 2016, the court received Petitioner's motion seeking a second thirty (30) day extension of time in which to file objections. (Doc. 13). The second motion for extension was based on the same grounds as the first motion. (*See* Docs. 11, 13).

The magistrate judge denied the second motion and ordered Petitioner to submit any objections by September 20, 2016. (Doc. 14). To date, no objections have been received.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** her recommendations. Accordingly, the court finds that Petitioner's claims are due to be denied. The court further concludes that a certificate of appealability is due to be denied.

A separate order will be entered.

**DONE** and **ORDERED** this 30th day of September, 2016.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge